UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW TORO, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>    -v-<br><br>J&R ADVENTURES, LLC,<br><br>                    Defendant. | CIVIL ACTION NO. 23 Civ. 3117 (JGLC) (SLC)<br><br>**AMENDED ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court's Order at ECF No. 16 is hereby AMENDED to reflect that, by **September 28, 2023**, the parties shall file a stipulation of dismissal for the attention of the Honorable Jessica G. L. Clarke.

Dated:   New York, New York
         September 5, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**